UNITED STATES of America,
Plaintiff–Appellee

v.

Teudocio FLORES–GUZMAN, also
known as Francisco A. Domin-
guez, Defendant–Appellant.

No. 07–51122
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 10, 2008.

Joseph H. Gay, Jr., Assistant U.S. At-
torney, U.S. Attorney's Office, Western
District of Texas, San Antonio, TX, for
Plaintiff–Appellee.

Alex A. Melendez, El Paso, TX, for De-
fendant–Appellant.

Before DAVIS, WIENER, and PRADO,
Circuit Judges.

PER CURIAM: *

The attorney appointed to represent
Teudocio Flores–Guzman has moved for
leave to withdraw and has filed a brief in
accordance with *Anders v. California*, 386
U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493
(1967). Flores–Guzman has not filed a
response. Our independent review of the
record and counsel's brief discloses no non-
frivolous issue for appeal. Accordingly,
counsel's motion for leave to withdraw is
GRANTED, counsel is excused from fur-

ther responsibilities herein, and the AP-
PEAL IS DISMISSED. *See* 5TH CIR. R.
42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

